**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: James R. Wilhoit II                                 CHAPTER 13

Debtor(s)

BKY. NO. 21-22706 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of Community Loan Servicing, LLC, a Delaware Limited Liability Company and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas

Brian Nicholas
30 Dec 2021, 15:42:00, EST

Brian C. Nicholas, Esq. (317240) ☑
Maria D. Miksich, Esq. (319383) ☐
Denise Carlon, Esq. (317226) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com