Form 154A

| UNITED STATES BANKRUPTCY COURT | 12 |
|---|---|
| WESTERN DISTRICT OF PENNSYLVANIA | mgut |

In re:     Bankruptcy Case No.: 21−22706−CMB

Chapter: 13

**James R. Wilhoit II**
  Debtor(s)

# NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **March 4, 2022**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   A proof of claim is a signed statement describing a creditor's claim. Claims can be filed electronically through the court's website at http://www.pawb.uscourts.gov/filing−proof−claim using the Electronic Proof of Claim ("ePOC") System.

   Additional information regarding obtaining a proof of claim form (Official Form B410) and filing a proof of claim, including information regarding filing a claim by regular mail, can be found at the court's website at http://www.pawb.uscourts.gov/filing−proof−claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                            Michael R. Rhodes
  U.S. Bankruptcy Court                                        *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 1/6/22

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James R. Wilhoit, II  
    Debtor

Case No. 21-22706-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut     Page 1 of 2  
Date Rcvd: Jan 06, 2022     Form ID: 154A     Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R. Wilhoit, II, 154 Glenfield Drive, Pittsburgh, PA 15235-1923 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15441747 | + | Andrew Thalman, Esquire, 61 Fourteenth Street, Wheeling, WV 26003-3426 |
| 15441751 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15441752 | + | Fidelity Savings & Loa, 1009 Perry Hwy, Pittsburgh, PA 15237-2105 |
| 15441754 | + | Hayt,Hayt,&Landau,LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15443723 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15441759 | + | Wesbwhdolr, 1 Bank Plaza, Wheeling, WV 26003-3543 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15443284 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 06 2022 23:44:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15441746 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 06 2022 23:44:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15441748 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 06 2022 23:43:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15441749 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 06 2022 23:50:50 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15441753 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jan 06 2022 23:50:51 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15441750 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 06 2022 23:50:55 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15441755 | | Email/Text: amps@manleydeas.com | Jan 06 2022 23:43:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 15441756 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 06 2022 23:50:50 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15441757 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 06 2022 23:44:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15441758 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Jan 06 2022 23:44:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Recip ID     Bypass Reason     Name and Address

| | | |
|---|---|---|
| cr | | Community Loan Servicing, LLC, a Delaware Limited |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 08, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 6, 2022 at the address(es) listed below:

**Name** | **Email Address**

Albert G. Reese, Jr.
on behalf of Debtor James R. Wilhoit II areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

Brian Nicholas
on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com

Jennifer L. Cerce
on behalf of Creditor Penn Hills School District jlc@mbm-law.net

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

TOTAL: 6