| PAYLOC | FINANCE NO. | | | | | EMPLOYEE NAME | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 520 | 41-8213 | | | | | J R WILHOIT II | | | 014064409 | 26 21 | 00005622 | |

### DETAIL EARNINGS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY |
|---|---|---|---|---|---|---|
| 2 | E 17 | 72035 | 179 | W | 80.00 | 2770.6 |
| Y | 08 | 68605 | 179 | W | 22.09 | 728.60 |
| E | 17 | 72035 | 179 | W | 80.00 | 2770.6 |
| Y | 08 | 68605 | 179 | W | 22.12 | 729.59 |

INSURANCE   L 1979
INCOME   65274

| | THIS PERIOD | YEAR-TO-DATE |
|---|---|---|
| GROSS PAY | 2665.05 | 29249.42 |
| FED TAX($0) | 394.99 | 16866.81 |
| ST.TAX.PA($0) | 79.81 | 2994.68 |
| RETIRE 8 | 213.32 | 714.50 |
| MEDICARE | 37.76 | 414.93 |
| UN T | 27.00 | 70200 |
| INSW0 | 34.50 | 1258.00 |
| TSP $ | 100 | 1304 |
| CS/SS | 350.38 | 910988 |
| HPUW&SLF | 65.34 | 169802 |
| SOSEC | 161.45 | 605004 |

| | |
|---|---|
| ANNUAL LEAVE(AL)CAT: | 8.0 |
| AL PRIOR YR BAL | 1035.1 |
| + AL EARNED YTD | 200.00 |
| + AL HOL EARNED YTD | 56.00 |
| − AL USED YTD | 273.42 |
| = EARNED AL BAL | 860.9 |
| + AL ADVANCED | 80.0 |
| = AVAIL AL BAL | 940.9 |
| SICK LEAVE(SL)CAT: | 400 |
| AL USED THIS PP | 1179 |
| SL PRIOR YR BAL | 1301.4 |
| + SL EARNED YTD | 100.00 |
| − SL USED YTD | 1214 |
| = CURRENT SL BAL | 1200 |
| SL USED THIS PP | 800 |
| LEAVE WITHOUT PAY(LWOP) | |
| PAY PERIOD LWOP | 0.0 |
| PP01 TO CURRENT PP | 0.17 |

NET PAY 1492.50   NT BK

USPS RETIREMENT 8913.30

PS FORM 1223-B JUNE 1985   EARNINGS STATEMENT

| PAYLOC | FINANCE NO. | 520 | 41-8213 | J R WILHOIT II | | | EMPLOYEE ID | 01404409 | PAY PERIOD | 13 20 | SERIAL NUMBER | 00005486 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

DETAIL EARNINGS | GROSS TO NET | YEAR-TO-DATE | LEAVE STATUS

| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | | THIS PERIOD | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 Y | 06 | 58140 | 179 | S | 8.00 | 559.90 | GROSS PAY | 2549.23 | 33464.51 | ANNUAL LEAVE (AL) CAT: 8.0 | |
| 2 Y | 06 | 58140 | 179 | W | 24.00 | 2670.85 | FED TAX S0 | 372.56 | 4920.52 | AL PRIOR YR BAL | 54.42 |
| 2 Y | 06 | 58140 | 179 | O | 4.00 | 167.71 | ST TAX PA S0 | 76.28 | 1001.69 | + AL EARNED YTD | 96.00 |
| 2 Y | 06 | 58140 | 179 | N | 3.00 | 83.91 | RETIRE 8 | 180.7 | 2393.2 | + AL HOL EARNED YTD | 8.00 |
| 2 Y | 06 | 58140 | 179 | W | 16.00 | 1629.59 | MEDICARE | 36.03 | 473.15 | - AL USED YTD | 54.58 |
| 1 E | 17 | 61047 | 179 | S | 8.00 | 587.70 | UN F | 27.00 | 351.00 | = EARNED AL BAL | 103.84 |
| 1 E | 17 | 61047 | 179 | W | 16.00 | 447.23 | INSMD | 324.5 | 4367.0 | + AL ADVANCED | 11.20 |
| 1 Y | 06 | 58140 | 179 | W | 24.00 | 670.86 | CS/SS | 350.38 | 4765.42 | = AVAIL AL BAL | 215.84 |
| | | | | L | 24.00 | | HPUW4SLF | 64.52 | 836.67 | SL PRIOR YR BAL | 1581.4 |
| INSURANCE INCOME | | | | | 0.5 | | SOSEC | 154.05 | 2023.11 | SICK LEAVE (SL) CAT: 4.0 | |
| | | | | | | | | | | AL USED THIS PP | 8.00 |
| | | | | | | | | | | + SL EARNED YTD | 48.00 |
| | | | | | | | | | | SL USED YTD | 88.00 |
| | | | | | | | | | | = CURRENT SL BAL | 1181.4 |

| | NET PAY | 1417.89 | NT BK | | | |
|---|---|---|---|---|---|---|

LEAVE WITHOUT PAY (LWOP)
| PAY PERIOD LWOP | 0.0 |
| PP01 TO CURRENT PP | 0.0 |
| SL USED THIS PP | 16.00 |

USPS RETIREMENT 8438.90

PS FORM 1223-B JUNE 1985    EARNINGS STATEMENT

06-26-2020
00005486

INC
5315 CAMPBELLS RUN ROAD, SUITE
PITTSBURGH PA 15277-9000

JAMES R WILHOIT II
154 GLENFIELD DR
PITTSBURGH PA 15235-1923