**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 21−22706−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   James R. Wilhoit II
   154 Glenfield Drive
   Pittsburgh, PA 15235

Social Security No.:
   xxx−xx−0918

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Albert G. Reese Jr.
Law Office of Albert G. Reese, Jr.
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
Telephone number: 412−241−1697

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
April 4, 2022
10:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

CONFIRMATION HEARING DATE/TIME/LOC
April 4, 2022
10:00 AM
remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/8/22

BY THE COURT

Carlota M. Bohm
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
James R. Wilhoit, II  
    Debtor

Case No. 21-22706-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Mar 08, 2022      Form ID: rsc13      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R. Wilhoit, II, 154 Glenfield Drive, Pittsburgh, PA 15235-1923 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15441747 | + | Andrew Thalman, Esquire, 61 Fourteenth Street, Wheeling, WV 26003-3426 |
| 15459214 | + | Community Loan Servicing, LLC f/k/a Bayview Loan S, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1873 |
| 15441751 | + | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15441752 | + | Fidelity Savings & Loa, 1009 Perry Hwy, Pittsburgh, PA 15237-2105 |
| 15441754 | + | Hayt,Hayt,&Landau,LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15452373 | + | Penn Hill School District, C/O Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15443723 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15452376 | + | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15456582 | | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15441759 | + | Wesbwhdolr, 1 Bank Plaza, Wheeling, WV 26003-3543 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 08 2022 23:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 08 2022 23:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Mar 08 2022 23:37:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Mar 08 2022 23:37:00 | Peoples Natural Gas Company LLC, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15443284 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 08 2022 23:37:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15441746 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 08 2022 23:37:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15441748 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Mar 08 2022 23:37:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15441749 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 08 2022 23:40:19 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15444473 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 08 2022 23:40:19 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| Recip ID | Bypass | Email/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15441753 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 08 2022 23:40:23 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15441750 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 08 2022 23:40:23 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15441755 | | Email/Text: amps@manleydeas.com | Mar 08 2022 23:37:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 15441756 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 08 2022 23:40:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15441757 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 08 2022 23:37:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15441758 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Mar 08 2022 23:37:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, a Delaware Limited |
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15447078 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15447079 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15452363 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15452364 | *+ | Andrew Thalman, Esquire, 61 Fourteenth Street, Wheeling, WV 26003-3426 |
| 15452365 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15452366 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15452368 | *+ | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15452369 | *+ | Fidelity Savings & Loa, 1009 Perry Hwy, Pittsburgh, PA 15237-2105 |
| 15452370 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15452371 | *+ | Hayt,Hayt,&Landau,LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15452367 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15452372 | *P++ | MANLEY DEAS KOCHALSKI LLC, ATTN BANKRUPTCY DEPT, 1555 LAKE SHORE DRIVE, COLUMBUS OH 43204-3825, address filed with court:, Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 15452374 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15452375 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15452377 | *+ | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 15452378 | *+ | Wesbwhdolr, 1 Bank Plaza, Wheeling, WV 26003-3543 |

TOTAL: 1 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 10, 2022        Signature:    /s/Joseph Speetjens

Case 21-22706-CMB   Doc 32   Filed 03/10/22   Entered 03/11/22 00:24:50   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 08, 2022 | Form ID: rsc13 | Total Noticed: 26 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor James R. Wilhoit II areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7