**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 21-22706-CMB |
| | ) | |
| James R. Wilhoit, II | ) | Chapter 13 |
|    Debtor(s) | ) | |
| | ) | Doc. No.: |
| James R. Wilhoit, II | ) | |
|    Movant(s) | ) | Hearing Date & Time: 10/13/22 |
| | ) | @ 10:00 a.m. |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent. | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**APPLICATION TO ENGAGE SPECIAL COUNSEL AND INCUR LEGAL FEES**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application *to Engage Special Counsel and to Incur Legal Fees* filed on September 13, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation appears thereon. Pursuant to the Notice of Hearing, a response to the Application for Compensation was to be filed and served no later than October 3, 2022.

It is hereby respectfully requested that the Order attached to the Application for Compensation be entered by the Court.

Dated: **October 4, 2022**　　　　　　　　　　　By: **/s/ Albert G. Reese, Jr., Esq.**
　　　　　　　　　　　　　　　　　　　　　　　　　Albert G. Reese, Jr., Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　PA ID #93813
　　　　　　　　　　　　　　　　　　　　　　　　　Law Office of Albert G. Reese, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　640 Rodi Road, FL. 2, Suite 2
　　　　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15235
　　　　　　　　　　　　　　　　　　　　　　　　　412-241-1697 (telephone)
　　　　　　　　　　　　　　　　　　　　　　　　　412-241-1687 (fax)
　　　　　　　　　　　　　　　　　　　　　　　　　areese8897@aol.com
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor