# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 21-22706-CMB |
| | ) | |
| James R. Wilhoit, II | ) | Chapter 13 |
|    Debtor(s) | ) | |
| | ) | Doc. No.: |
| James R. Wilhoit, II | ) | |
|    Movant(s) | ) | Hearing Date & Time: 10/13/22 |
| | ) | @ 10:00 a.m. |
| | ) | |
| v. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
|    Respondent. | ) | |

## Certificate of Service

I, Albert Green Reese, Jr., Esquire, declare that I am a resident of or employed in the County of Allegheny, State of Pennsylvania.  My address is 640 Rodi Road, FL.2, Suite 2, Pittsburgh, PA 15235.  I am over the age of eighteen and I am not a party to this case.

On October 5, 2022, I served the Court Order upon the U.S. Trustee's Office and all creditors listed on the creditor's matrix by placing true and correct copies thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail addressed as follows:

**21-22706-CMB Notice will be electronically mailed to:**

Brian C. Nicholas on behalf of Creditor Community Loa Servicing, LLC f/k/a Bayview Loan Servicing, LLC
bnicholas@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Albert G. Reese, Jr. on behalf of Debtor James R. Wilhoit, II
areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;agrlaw8897@gmail.com

**21-22706-CMB Notice will not be electronically mailed to:**

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096

Andrew Thalman, Esquire
61 Fourteenth Street
Wheeling, WV 26003

Bayview Financial Loan
Attn: Bankruptcy Dept
4425 Ponce De Leon Blvd. 5th Floor
Coral Gables, FL 33146

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Eos Cca
Attn: Bankruptcy
700 Longwater Dr
Norwell, MA 02061

Fidelity Savings & Loa
1009 Perry Hwy
Pittsburgh, PA 15237

First Premier Bank
Attn: Bankruptcy
Po Box 5524
Sioux Falls, SD 57117

Hayt, Hayt, & Landau LLC.
Two Industrial Way West
Eatontown, NJ 07724-0500

Manley Deas Kochalski LLC
PO Box 165028

Columbus, OH 43216

Penn Hill School District
C/O Maiello Brungo & Maiello
100 Purity Road, Suite 3
Pittsburgh, PA 15235

Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896

Transworld Sys Inc/51
Attn: Bankruptcy
Po Box 15630
Wilmington, DE 19850

UPMC
PO Box 371842
Pittsburgh, PA 15250

Wesbanco Bank Inc
1 Bank Plaza
Wheeling, WV 26003

/s/ Albert G. Reese, Jr., Esquire
Albert G. Reese, Jr., Esquire
Attorney for Movant/Applicant
PA ID #93813
640 Rodi Road, FL.2, Suite 2
Pittsburgh, PA 15235
(412) 241-1697(p)
(412) 241-1687(f)
areese8897@aol.com