**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 21-22706-CMB |
| | ) | |
| James R. Wilhoit II | ) | Chapter 13 |
|    Debtor | ) | |
| | ) | Doc. No.: |
| James R. Wilhoit II | ) | |
|    Movant | ) | Hearing Date & Time: January 31, 2023 |
| | ) | @ 1:30 p.m. |
| v. | ) | |
| | ) | |
| Community Loan Servicing, LLC | ) | |
|    Respondent | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING**
**MOTION REQUESTING APPROVAL OF LOAN MODIFICATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Approval of Loan Modification, filed on December 28, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Approval of Loan Modification appears thereon. Pursuant to the Notice of Hearing, a response to the Motion for Approval of Loan Modification was to be filed and served no later than January 16, 2023.

It is hereby respectfully requested that the Order attached to the Motion for Approval of Loan Modification be entered by the Court.

Dated: **January 17, 2023**                                            By: **/s/ Albert G. Reese, Jr., Esq.**
                                                                                                               Albert G. Reese, Jr., Esq.
                                                                                                               PA ID #93813
                                                                                                               Law Office of Albert G. Reese, Jr.
                                                                                                               640 Rodi Road, FL. 2, Suite 2
                                                                                                               Pittsburgh, PA 15235
                                                                                                               412-241-1697 (telephone)
                                                                                                               412-241-1687 (fax)
                                                                                                               [areese8897@aol.com](mailto:areese8897@aol.com)
                                                                                                               Attorney for Debtor