IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
James R. Wilhoit, II                          :          Case No. 21-22706-CMB
                                              :
            Debtor(s)                         :          Chapter 13
                                              :
Ronda J. Winnecour, Trustee                   :
            Movant(s)                         :          Related to Document 62
                                              :          Hearing: 7/13/23 at 1:30 p.m.
            vs.                               :
                                              :
James R. Wilhoit, II                          :
                                              :
            Respondent(s)                     :

CHAPTER 13 TRUSTEE'S STATEMENT OF ISSUES
REGARDING CONTESTED PLAN HEARING

1.      Debtor James R. Wilhoit, II commenced a Chapter 13 Bankruptcy case on December 24, 2021.

2.      Debtor's Chapter 13 plan dated February 4, 2022, was confirmed on a final basis on July 26, 2022.

3.      An amended plan was filed on January 28, 2023, to address Debtor's successful participation in the loss mitigation program.

4.      The amended plan seeks to reduce the plan monthly payment from $1342 to $795, while the percentage distribution to unsecured creditors remains at 0%.

5.      At a March 30, 2023, conciliation conference on the amended plan, Trustee requested the following:  2022 federal and state income tax returns; a paystub for the last pay in March, 2023; a copy of Debtor's domestic support obligation; and amended schedules I and J to address a duplicate DSO deduction.  Trustee also reiterated a previous request for a valuation of the property.

6.      The requested items are material to the Trustee's evaluation of the amended plan, particularly in view of the significant reduction in plan payment with no corresponding benefit to unsecured creditors.

7.      At a continued conciliation conference on May 11, 2023, the requested information had not been provided.  The meeting was continued to June 15, 2023, and Debtor's counsel was advised that the case would be contested if the information was not provided at that time.

8.      At the June 15, 2023, conciliation, the requested items had still not been provided and the case was placed on the contested list.

9.      Trustee understands that Debtor counsel has attempted to obtain the requested information to no avail.

10.     Nevertheless, despite repeated requests and two continued conciliations, the requested information has not been provided to the Trustee.

WHEREFORE, the Trustee so reports to the Court.

                                        RONDA J. WINNECOUR,
                                        CHAPTER 13 TRUSTEE
Date: July 6, 2023

                                        By: /s/ Kate DeSimone
                                        Kate DeSimone, PA I.D. 42575
                                        Attorney for Chapter 13 Trustee
                                        US Steel Tower, Suite 3250
                                        600 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 471-5566
                                        Email: kdesimone@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
James R. Wilhoit, II                          :        Case No. 21-22706-CMB
                                              :
            Debtor(s)                         :        Chapter 13
                                              :
Ronda J. Winnecour, Trustee                   :
            Movant(s)                         :        Related to Document 62
                                              :        Hearing: 7/13/23 at 1:30 p.m.
            vs.                               :
                                              :
James R. Wilhoit, II                          :
                                              :
            Respondent(s)                     :

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th of July 2023, I served one true and correct copy

of the foregoing document on the following parties in interest by United States first-

class mail, postage prepaid, addressed as follows:

Marta E. Villacorta, Esquire
Office of the United States Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222-3721

Albert G. Reese, Jr. Esquire
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235

James R. Wilhoit, II
154 Glenfield Drive
Pittsburgh, PA  15235


                                      /s/Rosa Richard
                                      Office of Chapter 13 Trustee
                                      U.S. Steel Tower – Suite 3250
                                      600 Grant Street
                                      Pittsburgh, PA 15219
                                      (412) 471-5566
                                      cmecf@chapter13trusteewdpa.com