**PROCEEDING MEMO**

Date: 07/13/2023 01:30 pm

In re:     James R. Wilhoit, II

                                                                    Bankruptcy No. 21-22706-CMB
                                                                    Chapter: 13
                                                                    Doc. #62

Appearances: Ronda Winnecour, Trustee
                    Albert G. Reese, Jr., Esq.

Nature of Proceeding: #62 Contested January 28, 2023 Plan

OUTCOME: Hearing held.   Matter continued to conciliation.  Date to be determined.

FILED
7/14/23 10:23 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota Böhm
U.S. Bankruptcy Judge