B-2050
(12/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| James R. Wilhoit, II | : | |
| SSN: XXX-XX-0918 | : | Case No. 21-22706-CMB |
| | : | |
| *Debtor(s)\** | : | |
| | : | |
| | : | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

    Notice is given that pursuant to the hearing held on July 13, 2023, a continued CONCILIATION CONFERENCE HAS BEEN SCHEDULED FOR AUGUST 17, 2023 AT 11:00 AM, to be held via the Ch. 13 341 Zoom Location.

                                             Michael R. Rhodes, Clerk
                                             U.S. Bankruptcy Court

July 14, 2023                        By:        /s/Melissa Guthrie
                                                                     Deputy Clerk

_____

*Set forth all names, including trade names, used by the debtor within the last 8 years (Bankruptcy Rule 1005).  For joint debtors, set forth both Social Security Numbers.

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 21-22706-CMB

James R. Wilhoit, II     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Jul 14, 2023     Form ID: pdf900     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James R. Wilhoit, II, 154 Glenfield Drive, Pittsburgh, PA 15235-1923 |
| sp | + | Albert G. Reese, Jr., Law Office of Albert G. Reese, Jr., PO Box 27041, Pittsburgh, PA 15235-7041 |
| 15441747 | + | Andrew Thalman, Esquire, 61 Fourteenth Street, Wheeling, WV 26003-3426 |
| 15441752 | + | Fidelity Savings & Loa, 1009 Perry Hwy, Pittsburgh, PA 15237-2105 |
| 15441754 | + | Hayt,Hayt,&Landau,LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15452373 | + | Penn Hill School District, C/O Maiello Brungo & Maiello, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15443723 | + | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15452376 | + | UPMC, PO Box 371842, Pittsburgh, PA 15250-7842 |
| 15441759 | + | Wesbwhdolr, 1 Bank Plaza, Wheeling, WV 26003-3543 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jul 15 2023 00:32:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jul 15 2023 00:32:00 | Peoples Natural Gas Company LLC, GRB Law, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15443284 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 15 2023 00:33:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 15441746 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 15 2023 00:33:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15441748 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jul 15 2023 00:32:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15441749 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2023 00:27:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15444473 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 15 2023 00:51:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15459214 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 15 2023 00:32:00 | Community Loan Servicing, LLC f/k/a Bayview Loan S, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15441751 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 15 2023 00:33:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15441753 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 15 2023 00:39:20 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15441750 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 15 2023 00:40:03 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 15441755 | | Email/Text: amps@manleydeas.com | Jul 15 2023 00:32:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 15508395 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 15 2023 00:32:00 | Nationstar Mortgage LLC, c/o Right Path Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 15441756 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 15 2023 00:40:17 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15441757 | + | Email/Text: bankruptcydepartment@tsico.com | Jul 15 2023 00:33:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15456582 | | Email/Text: BNCnotices@dcmservices.com | Jul 15 2023 00:32:00 | UPMC HEALTH SERVICES, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 15441758 | + | Email/Text: bankrupt-adjdept@wesbanco.com | Jul 15 2023 00:33:00 | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC, a Delaware Limited |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| cr | *+ | Penn Hills School District, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 15447078 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15447079 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 15452363 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 15452364 | *+ | Andrew Thalman, Esquire, 61 Fourteenth Street, Wheeling, WV 26003-3426 |
| 15452365 | *+ | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, FL 33146-1873 |
| 15452366 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15452368 | *+ | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 15452369 | *+ | Fidelity Savings & Loa, 1009 Perry Hwy, Pittsburgh, PA 15237-2105 |
| 15452370 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15452371 | *+ | Hayt,Hayt,&Landau,LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15452367 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15452372 | *P++ | MANLEY DEAS KOCHALSKI LLC, ATTN BANKRUPTCY DEPT, 1555 LAKE SHORE DRIVE, COLUMBUS OH 43204-3825, address filed with court:, Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216 |
| 15452374 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 15452375 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15630, Wilmington, DE 19850-5630 |
| 15452377 | *+ | Wesbanco Bank Inc, 1 Bank Plaza, Wheeling, WV 26003-3565 |
| 15452378 | *+ | Wesbwhdolr, 1 Bank Plaza, Wheeling, WV 26003-3543 |

TOTAL: 2 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 16, 2023                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor James R. Wilhoit II areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Brian Nicholas | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com |

TOTAL: 8