2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 21-22706-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

James R. Wilhoit, II
154 Glenfield Drive
Pittsburgh PA 15235

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/26/2024.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 6: Nationstar Mortgage LLC, ATTN:Bankruptcy Dept, PO Box 619096,Dallas, TX 75261-9741 | Nationstar Mortgage LLC<br>C/O Rushmore Servicing<br>PO Box 619096<br>Dallas, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  03/29/24

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-22706-CMB |
| James R. Wilhoit, II | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 27, 2024 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15641726 | Nationstar Mortgage LLC, ATTN:Bankruptcy Dept, PO Box 619096,Dallas, TX 75261-9741 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert G. Reese, Jr. | on behalf of Debtor James R. Wilhoit II areese8897@aol.com, agreese8897@gmail.com;r41196@notify.bestcase.com;officemanager@alreeselaw.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Community Loan Servicing LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Jennifer L. Cerce | on behalf of Creditor Penn Hills School District jlc@mbm-law.net |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Mar 27, 2024 | Form ID: trc | Total Noticed: 1

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Stephen Russell Franks
    on behalf of Creditor NATIONSTAR MORTGAGE LLC amps@manleydeas.com

TOTAL: 9