## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.: 21-22706-CMB |
| ) | |
| James R. Wilhoit, II ) | Chapter 13 |
|     Debtor(s) ) | |
| ) | Claim. No.: 6 |
| James R. Wilhoit, II ) | |
|     Movant(s) ) | |
| ) | |
|     v. ) | |
| ) | |
| Nationstar Mortgage LLC and ) | |
| Ronda J. Winnecour, Trustee ) | |
|     Respondent ) | |

### DECLARATION

I, Albert G. Reese Jr., Esquire, attorney for the above-referenced Debtor, hereby submit this formal written Declaration that the existing Chapter 13 Plan is sufficient to fund the plan with the modified debt for the following reason:

Pursuant to Nationstar Mortgage LLC's Notice of Mortgage Payment Change dated September 10, 2024, the Debtor's current escrow payment for account number ending in **6042** is **$236.15**. The new escrow payment is **$321.51**. The new total mortgage payment is **$540.88** effective October 1, 2024. The Debtor will make the any escrow shortage payment in addition to his regular monthly Chapter 13 plan payment..

Dated: **October 28, 2024**    Respectfully submitted by:
**/s/** James R. Wilhoit, II
James R. Wilhoit, II

Dated: **October 28, 2024**    Respectfully submitted by:
**/s/ Albert G. Reese, Jr., Esquire**
Albert G. Reese, Jr., Esquire
Attorney for Debtor
PA ID #93813
640 Rodi Road, 2nd Floor, Suite 2
Pittsburgh, PA 15235
(412) 241-1697
(412) 241-1687(fax)
areese8897@aol.com