**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

12/19/2024

IN RE:

JAMES R. WILHOIT, II
154 GLENFIELD DRIVE
PITTSBURGH, PA 15235
XXX-XX-0918         Debtor(s)

Case No. 21-22706 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

12/19/2024

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

Case 21-22706-CMB    Doc 81    Filed 12/19/24    Entered 12/19/24 15:21:35    Desc
Page 3 of 5

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  DUQ LITE/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  COMMUNITY LN/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **GRB LAW****<br>C/O JEFFREY R HUNT ESQ - FOR PNG CO<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA  15219 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  PEOPLES/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI**<br>ATTN BANKRUPTCY NOTICING<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  /PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **NATIONSTAR MORTGAGE LLC****<br>C/O RUSHMORE SERVICING<br>PO BOX 619094<br><br>DALLAS, TX  75261-9741 | Trustee Claim Number:5  INT %: 3.75%<br>Court Claim Number:6<br><br>CLAIM:  1,753.23<br>COMMENT:  FINAL LOAN MOD @ 26*FR CLS-DOC 45*FR RIGHTPATH-DOC 77 | CRED DESC:  MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 6042 |
| **MANLEY DEAS KOCHALSKI LLC**<br>PO BOX 165028<br><br>COLUMBUS, OH  43216-5028 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **PENN HILLS SD (PENN HILLS) (EIT)****<br>C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE<br>FOXPOINT II<br>100 PURITY RD STE 3<br>PITTSBURGH, PA  15235 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:2<br><br>CLAIM:  1,523.85<br>COMMENT:  0918;09-11*CL2GOV*TTL=$5,333.48@0%/PL*W/22 | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 0918 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII**<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~LEASE/SCH*CL@21 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 8272 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FII**<br>PO BOX 183853<br><br>ARLINGTON, TX  76096 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~AUTO/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 6777 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF**<br>PO BOX 71083<br><br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM:  4,976.07<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 2269 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **CHASE CARD SERVICES**\*\*<br>PO BOX 15298<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5610 |
| **EOS CCA**<br>700 LONGWATER DR.<br><br>NORWELL, MA 02061 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: VERIZON/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9605 |
| **FIDELITY SAVINGS & LOAN**<br>1009 PERRY HWY<br><br>PITTSBURGH, PA 15237 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0345 |
| **FIRST PREMIER BANK**<br>POB 5114<br><br>SIOUX FALLS, SD 57117 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4533 |
| **SYNCHRONY BANK**\*\*<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~CARE CREDIT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0530 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE 19850 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~MEDEXPRESS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4699 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 150.00<br>COMMENT: UPMC EAST | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0918 |
| **WESBANCO BANK INC**(\*)<br>ATTN CHECK PROCESSING<br>ONE BANK PLAZA<br>WHEELING, WV 26003 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 4<br><br>CLAIM: 5,062.42<br>COMMENT: LAST ACTIVE 7/5/2018 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0345 |
| **WESBANCO BANK INC**(\*)<br>ATTN CHECK PROCESSING<br>ONE BANK PLAZA<br>WHEELING, WV 26003 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **HAYT HAYT & LANDAU LLC**<br>123 S BROAD ST STE 1325<br><br>PHILADELPHIA, PA 19109 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |

| | | |
|---|---|---|
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 183853 | Court Claim Number:1 | ACCOUNT NO.: 8272 |
| | CLAIM: 4,403.95 | |
| ARLINGTON, TX  76096 | COMMENT: SCH@8 | |

| | | |
|---|---|---|
| **PENN HILLS MUNICIPALITY (EIT)**\*\* | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O MBM COLLECTIONS LLC (TAX DIVISION)PRE | Court Claim Number:2 | ACCOUNT NO.: 0918 |
| FOXPOINT II | | |
| 100 PURITY RD STE 3 | CLAIM: 3,809.63 | |
| PITTSBURGH, PA  15235 | COMMENT: 0918;09-11*CL2GOV*TTL=$5,333.48@0%/PL*W/7 | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC**\*\* | Trustee Claim Number:23  INT %: 0.00% | CRED DESC: Post Petition Escrow |
| C/O RUSHMORE SERVICING | Court Claim Number:6 | ACCOUNT NO.: 6042 |
| PO BOX 619094 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX  75261-9741 | COMMENT: FINAL LOAN MOD @ 26*FR CLS-DOC 45*FR RIGHTPATH-DOC 77 | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC**\*\* | Trustee Claim Number:24  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O RUSHMORE SERVICING | Court Claim Number:6 | ACCOUNT NO.: 6042 |
| PO BOX 619094 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX  75261-9741 | COMMENT: FINAL LOAN @ 26*FR CLS-DOC 45*FR RIGHTPATH-DOC 77 | |

| | | |
|---|---|---|
| **ACAR LEASING LTD D/B/A GM FINANCIAL LEASI** | Trustee Claim Number:25  INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| PO BOX 183853 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| ARLINGTON, TX  76096 | COMMENT: | |

| | | |
|---|---|---|
| **NATIONSTAR MORTGAGE LLC**\*\* | Trustee Claim Number:26  INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O RUSHMORE SERVICING | Court Claim Number:6-3 | ACCOUNT NO.: 6042 |
| PO BOX 619094 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX  75261-9741 | COMMENT: PMT/DECL*CLS/BAYVIEW/PL*DKT4LMT*LOAN MOD*BGN 2/23*AMD*FR RIGHTPATH- | |