**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JAMES R. WILHOIT, II<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:21-22706<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 12/24/2021 and confirmed on 04/13/2022 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 32,200.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,200.00 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 1,000.00 | |
|     Trustee Fee | 1,579.20 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 2,579.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   NATIONSTAR MORTGAGE LLC** | 0.00 | 4,791.60 | 0.00 | 4,791.60 |
|     Acct: 6042 | | | | |
|   NATIONSTAR MORTGAGE LLC** | 0.00 | 13,176.90 | 0.00 | 13,176.90 |
|     Acct: 6042 | | | | |
|   NATIONSTAR MORTGAGE LLC** | 1,753.23 | 1,753.23 | 693.74 | 2,446.97 |
|     Acct: 6042 | | | | |
| | | | | 20,415.47 |
| **Priority** | | | | |
|   ALBERT G REESE JR ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES R. WILHOIT, II | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF ALBERT G REESE JR | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALBERT G REESE JR ESQ | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENN HILLS SD (PENN HILLS) (EIT)** | 1,523.85 | 1,523.85 | 0.00 | 1,523.85 |
|     Acct: 0918 | | | | |

| 21-22706 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| PENN HILLS MUNICIPALITY (EIT)** | 3,809.63 | 3,809.63 | 0.00 | 3,809.63 |
| Acct: 0918 | | | | |
| NATIONSTAR MORTGAGE LLC** | 0.00 | 606.68 | 0.00 | 606.68 |
| Acct: 6042 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 2,047.38 | 2,047.38 | 0.00 | 2,047.38 |
| Acct: XXXXXXXXXXXXXXXXXX LLC | | | | |
| | | | | 7,987.54 |
| **Unsecured** | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8272 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6777 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC | 4,976.07 | 415.27 | 0.00 | 415.27 |
| Acct: 2269 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5610 | | | | |
| EOS CCA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9605 | | | | |
| FIDELITY SAVINGS & LOAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0345 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4533 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0530 | | | | |
| TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4699 | | | | |
| UPMC HEALTH SERVICES | 150.00 | 12.52 | 0.00 | 12.52 |
| Acct: 0918 | | | | |
| WESBANCO BANK INC(*) | 5,062.42 | 422.48 | 0.00 | 422.48 |
| Acct: 0345 | | | | |
| WESBANCO BANK INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 4,403.95 | 367.52 | 0.00 | 367.52 |
| Acct: 8272 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HAYT HAYT & LANDAU LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,217.79 |

TOTAL PAID TO CREDITORS                                                                                                      29,620.80

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 7,380.86 |
| SECURED | 1,753.23 |
| UNSECURED | 14.592.44 |

Date: 03/04/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399  
CHAPTER 13 TRUSTEE WD PA  
600 GRANT STREET  
SUITE 3250 US STEEL TWR  
PITTSBURGH, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com